JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NILOUFAR GHOBAD, an individual,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>SLEEP NUMBER CORPORATION, a Minnesota corporation; SELECT COMFORT RETAIL CORPORATION, a Minnesota corporation; and DOES 1 through 50, inclusive,<br><br>　　　　　　Defendants. | Case No. CV 21-8131-DMG (AFMx)<br><br>**ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE [22]** |

　　Having considered the Parties' stipulation, and good cause appearing,

　　IT IS HEREBY ORDERED that the above-captioned action is dismissed with prejudice.  Each party shall bear its own costs and attorneys' fees.  All scheduled dates and deadlines are VACATED.

DATED:  March 9, 2023

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE